**WO**                                                                    JDN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Monroe, ) | No. CV 05-3440-PHX-NVW (VAM) |
| ) | |
| Plaintiff, ) | **ORDER FOR PAYMENT** |
| ) | |
| vs. ) | **OF INMATE FILING FEE** |
| ) | |
| ) | |
| Wendy Mays, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**TO: MARICOPA COUNTY SHERIFF JOSEPH M. ARPAIO.**

Plaintiff Robert Monroe, #P088739, presently confined in the Towers Jail in Phoenix, Arizona, has been assessed no initial partial filing fee for this action pursuant to 28 U.S.C. § 1915(b)(1).  Plaintiff will be obligated to make monthly payments in the amount of 20 percent of the preceding month's income credited to Plaintiff's trust account. The Maricopa County Sheriff is required to send to the Clerk of Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $250.00 is paid in full.  28 U.S.C. § 1915(b)(2).

**IT IS THEREFORE ORDERED that:**

(1) The Maricopa County Sheriff or his designee shall collect the $250.00 filing fee from Plaintiff's trust account by collecting monthly payments in an amount equal to 20 percent of the preceding month's income credited to Plaintiff's trust account and forwarding payments to the Clerk of Court each time the amount in the account exceeds $10.00 in

1   accordance with 28 U.S.C. § 1915(b)(2).  The payments shall be clearly identified by the

2   name and number assigned to this action.

3          (2)  The Clerk of Court shall serve by mail a copy of this Order on Maricopa County

4   Sheriff's Office Inmate Legal Services, 201 S. Fourth Avenue, Phoenix, Arizona, 85003.

5          (3)  The Clerk of Court shall serve by mail a copy of this Order on Richard Stewart,

6   Lead Counsel, Litigation Section, Maricopa County Attorney's Office, Division of County

7   Counsel, 222 N. Central Avenue, Suite 1100, Phoenix, Arizona, 85004.

8          (4)  The Clerk of Court shall forward a copy of this Order to Financial Administration

9   for the Phoenix Division of the U.S. District Court for the District of Arizona.  Financial

10  Administration shall set up an account to receive payments on the filing fee for this action

11  and shall notify the Court when the filing fee is paid in full.

12         (5)  The Maricopa County Sheriff or his designee shall notify the Clerk of Court in

13  writing when Plaintiff is either released from the Maricopa County Jail or transferred to a

14  correctional institution other than the Maricopa County Jail, so new billing arrangements may

15  be made to collect any balance still outstanding.

16         DATED this 10th day of November, 2005.

17

18

19  _____

20                              Neil V. Wake
                    United States District Judge

21

22

23

24

25

26

27

28

- 2 -